**Order entered December 30, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01304-CV

### LG ELECTRONICS U.S.A., INC., Appellant

### V.

### LOVERS TRADITION II, LP, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-09593**

## ORDER

Before the Court is appellee's December 23, 2019 unopposed motion for a seven-day extension of time to file its brief. We **GRANT** the motion and **ORDER** appellee's brief be filed no later than January 3, 2020. Appellant's reply brief, if any, is **DUE** on or before January 30, 2020.

/s/     BILL WHITEHILL
        JUSTICE